■ In the Matter of ANTHONY D. AMAKER, Petitioner, v DANIEL A. SENKOWSKI, as Superintendent of Clinton Correctional Facility, Respondent. [718 NYS2d 237] —Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Clinton County) to review a determination of respondent which found petitioner guilty of violating certain prison disciplinary rules.

Petitioner challenges a determination finding him guilty of violating the prison disciplinary rules which prohibit inmates from refusing a direct order, making threats, verbal harassment and creating a disturbance. Contrary to petitioner's contention, the misbehavior report, together with the testimony of the correction officers who witnessed the incident, provide substantial evidence of petitioner's guilt (*see, Matter of Johnson v Selsky*, 271 AD2d 770). Moreover, we are unpersuaded by petitioner's contention that the Hearing Officer was biased and, in any event, petitioner failed to establish that the outcome of the hearing flowed from the alleged bias (*see, Matter of Madison v Goord*, 273 AD2d 557; *Matter of Lawrence v Headley*, 257 AD2d 837).

Mercure, J. P., Peters, Spain and Mugglin, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.